**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | 1:07-cv-00370-WHA |
| JAMES R. CAMBRON and | ) | |
| WENDY L. CAMBRON | ) | Case No. 05-11879 |
| | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |
| ------------------------------ | ) | |
| WILLIAM C. CARN, III, | ) | |
| BANKRUPTCY TRUSTEE, | ) | Adv. Pro. 06-1058 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MEDICAL DATA SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| ------------------------------ | ) | |

**JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this day in this case,

Judgment is hereby entered in favor of the Plaintiff, William C. Carn, III, Bankruptcy Trustee, and against the Defendant, Medical Data Systems, Inc., in the amount of $1,000 in each case, or a total of $2,000, together with costs of court and attorney's fees.

DONE this 5th day of December, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE